**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gwendolyn Anne Taylor<br>aka Gwendolyn Anne Castoral<br>Miranda Nicole Taylor<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 19-10138 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                    Respectfully submitted,
                    **/s/ Rebecca A. Solarz, Esq**
                    Rebecca A Solarz, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322