IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                        :
                                                              :
GWENDOLYN ANNE TAYLOR,           :         Chapter 13
MIRANDA NICOLE TAYLOR,             :
     Debtors.                                  :         Case No. 19-10138
                                                              :
                                                              :
                                                              :

## ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES AND SATEMENTF OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN

Upon the motion (the "Motion") of the Debtor for an Order Extending the Time to File Schedules of Assets and Statements of Financial Affairs, Means test and Chapter 13 Plan; and good and sufficient cause appearing therefore;

IT IS HEREBY **ORDERED** THAT:

1. The Motion is **GRANTED**.

2. The time within which the Debtors must file their Schedules and Statements required by Bankruptcy Rule 1007 is enlarged and extended by an additional fourteen (14) days beyond the fourteen (14) day extension provided under Bankruptcy Rule 1007(c) through and including **February 6, 2019**.

Date: 1/23/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**
 for RICHARD E. FEHLING
 CHIEF U.S. BANKRUPTCY JUDGE