United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-10138-ref
Gwendolyn Anne Taylor                                           Chapter 13
Miranda Nicole Taylor
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: SaraR              Page 1 of 1                  Date Rcvd: Jan 23, 2019
                              Form ID: pdf900          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
```
db/jdb        +Gwendolyn Anne Taylor,   Miranda Nicole Taylor,   728 Market Street,   Bangor, PA 18013-1704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2019 02:50:32      Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:
```
              JEREMY MICHAEL BOLLES    on behalf of Joint Debtor Miranda Nicole Taylor
               lawoffice.jmbolles@gmail.com
              JEREMY MICHAEL BOLLES    on behalf of Debtor Gwendolyn Anne Taylor lawoffice.jmbolles@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
GWENDOLYN ANNE TAYLOR,                              :       Chapter 13
MIRANDA NICOLE TAYLOR,                              :
       Debtors.                                     :       Case No. 19-10138
                                                    :
                                                    :
                                                    :

## ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES AND SATEMENTF OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN

Upon the motion (the "Motion") of the Debtor for an Order Extending the Time to File Schedules of Assets and Statements of Financial Affairs, Means test and Chapter 13 Plan; and good and sufficient cause appearing therefore;

IT IS HEREBY **ORDERED** THAT:

1. The Motion is **GRANTED**.

2. The time within which the Debtors must file their Schedules and Statements required by Bankruptcy Rule 1007 is enlarged and extended by an additional fourteen (14) days beyond the fourteen (14) day extension provided under Bankruptcy Rule 1007(c) through and including **February 6, 2019**.

Date:  1/23/19

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE
 for RICHARD E. FEHLING
CHIEF U.S. BANKRUPTCY JUDGE