**Fill in this information to identify your case and this filing:**

Debtor 1    **Gwendolyn Anne Taylor**
<br>First Name      Middle Name      Last Name

Debtor 2    **Miranda Nicole Taylor**
<br>(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number    19-10138

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
<br>☑ Yes. Where is the property?

**1.1.**   728 Market Street
<br>Street address, if available, or other description

Bangor     PA    18013
<br>City      State      ZIP Code

Northampton
<br>County

**What is the property?** Check all that apply.
<br>☑ Single-family home
<br>☐ Duplex or multi-unit building
<br>☐ Condominium or cooperative
<br>☐ Manufactured or mobile home
<br>☐ Land
<br>☐ Investment property
<br>☐ Timeshare
<br>☐ Other _____

**Who has an interest in the property?** Check one.
<br>☑ Debtor 1 only
<br>☐ Debtor 2 only
<br>☐ Debtor 1 and Debtor 2 only
<br>☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 91,000.00

**Current value of the portion you own?** $ 91,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
<br>Fee Simple

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

**1.2.** _____
<br>Street address, if available, or other description

_____

City      State    ZIP Code

_____

County

**What is the property?** Check all that apply.
<br>☐ Single-family home
<br>☐ Duplex or multi-unit building
<br>☐ Condominium or cooperative
<br>☐ Manufactured or mobile home
<br>☐ Land
<br>☐ Investment property
<br>☐ Timeshare
<br>☐ Other _____

**Who has an interest in the property?** Check one.
<br>☐ Debtor 1 only
<br>☐ Debtor 2 only
<br>☐ Debtor 1 and Debtor 2 only
<br>☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ _____

**Current value of the portion you own?** $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

Debtor 1    Gwendolyn Anne Taylor

First Name    Middle Name    Last Name

Case number *(if known)*    19-10138

---

1.3. _____
Street address, if available, or other description

_____

_____

_____
City                State    ZIP Code

_____

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .............................................................. → | $ 91,000.00 |

---

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1. Make:    Mazda
Model:    Model2
Year:    2014
Approximate mileage:    86000
Other information:

[    ]

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$    5,248.00

**Current value of the portion you own?**

$    5,248.00

If you own or have more than one, describe here:

3.2. Make:    _____
Model:    _____
Year:    _____
Approximate mileage:    _____
Other information:

[    ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

---

Debtor 1    Gwendolyn Anne Taylor

First Name    Middle Name    Last Name

Case number *(if known)*    19-10138

---

3.3. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

3.4. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

4.1. Make: _____

Model: _____

Year: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................................➔

$_____ 5,248.00

---

Debtor 1    Gwendolyn Anne Taylor
　　　　　First Name　　Middle Name　　Last Name

Case number (if known)___19-10138___

---

**Part 3:**    **Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.** **Household goods and furnishings**

*Examples*: Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.........    Used Household furnishings    $ 1,250.00

**7.** **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe..........    Television, laptop computer    $ 750.00

**8.** **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe..........    $ _____

**9.** **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe..........    $ _____

**10.** **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe..........    $ _____

**11.** **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..........    Used Clothing    $ 400.00

**12.** **Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No
☐ Yes. Describe..........    $ _____

**13.** **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe..........    4 cats    $ 0.00

**14.** **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☐ Yes. Give specific information. ..............    $ _____

**15.** **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................➔    $ 2,400.00

---

Debtor 1    Gwendolyn Anne Taylor                                                          19-10138
            First Name    Middle Name    Last Name              Case number *(if known)*

| Part 4: | **Describe Your Financial Assets** |
| --- | --- |

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes ................................................................................................................................    Cash: ..................... $_____1.15

17. **Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes .....................              Institution name:

   | | | | |
   | --- | --- | --- | --- |
   | 17.1. | Checking account: | PNC | $_____75.00 |
   | 17.2. | Checking account: | | $_____ |
   | 17.3. | Savings account: | PNC | $_____0.53 |
   | 17.4. | Savings account: | PNC - Reserve saving | $_____25.00 |
   | 17.5. | Certificates of deposit: | | $_____ |
   | 17.6. | Other financial account: | | $_____ |
   | 17.7. | Other financial account: | | $_____ |
   | 17.8. | Other financial account: | | $_____ |
   | 17.9. | Other financial account: | | $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**

   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes ................              Institution or issuer name:

   | | |
   | --- | --- |
   | | $_____ |
   | | $_____ |
   | | $_____ |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☑ No              Name of entity:                          % of ownership:
   ☐ Yes. Give specific
       information about                                      0%____ %        $_____
       them.......................                            0%____ %        $_____
                                                              0%____ %        $_____

Debtor 1    Gwendolyn Anne Taylor

     First Name     Middle Name     Last Name     Case number *(if known)*  19-10138

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them...................

Issuer name:

_____    $_____

_____    $_____

_____    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each
account separately.

Type of account:        Institution name:

401(k) or similar plan: Georgia Pacific _____    $_____13,103.63

Pension plan: _____    $_____

IRA: _____    $_____

Retirement account: _____    $_____

Keogh: _____    $_____

Additional account: _____    $_____

Additional account: _____    $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

☐ Yes........................

Institution name or individual:

Electric: _____    $_____

Gas: _____    $_____

Heating oil: _____    $_____

Security deposit on rental unit: _____    $_____

Prepaid rent: _____    $_____

Telephone: _____    $_____

Water: _____    $_____

Rented furniture: _____    $_____

Other: _____    $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes........................

Issuer name and description:

_____    $_____

_____    $_____

_____    $_____

Debtor 1    Gwendolyn Anne Taylor
First Name    Middle Name    Last Name

Case number (*if known*)    19-10138

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ................................. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____    $_____

_____    $_____

_____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them....    $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them....    $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....    $_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:    $_____
State:    $_____
Local:    $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information.............

Alimony:    $_____
Maintenance:    $_____
Support:    $_____
Divorce settlement:    $_____
Property settlement:    $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information.............    $_____

---

Debtor 1    Gwendolyn Anne Taylor
            First Name    Middle Name    Last Name

Case number *(if known)*    19-10138

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company and list its value. ...

Company name:                Beneficiary:                Surrender or refund value:

_____   _____   $_____

_____   _____   $_____

_____   _____   $_____

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information..............  _____   $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ....................  _____   $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ................  _____   $_____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............  _____   $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................... ➔   $_____13,205.31

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No

☐ Yes. Describe.......  _____   $_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes. Describe.......  _____   $_____

Debtor 1    Gwendolyn Anne Taylor

First Name    Middle Name    Last Name    Case number *(if known)* 19-10138

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe....... [                                    ]    $_____

41. **Inventory**
☐ No
☐ Yes. Describe....... [                                    ]    $_____

42. **Interests in partnerships or joint ventures**
☐ No
☐ Yes. Describe....... Name of entity:                        % of ownership:

_____    _____%    $_____
_____    _____%    $_____
_____    _____%    $_____

43. **Customer lists, mailing lists, or other compilations**
☐ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No
☐ Yes. Describe....... [                        ]    $_____

44. **Any business-related property you did not already list**
☐ No
☐ Yes. Give specific
    information .........    _____    $_____
    _____    $_____
    _____    $_____
    _____    $_____
    _____    $_____
    _____    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
    **for Part 5. Write that number here** ......................................................................................    →    $_____ 0.00

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples*: Livestock, poultry, farm-raised fish
☐ No
☐ Yes.................... [                        ]    $_____

Debtor 1   Gwendolyn Anne Taylor

First Name    Middle Name    Last Name

Case number *(if known)*    4:19-BK-10138

**48. Crops—either growing or harvested**

☐ No
☐ Yes. Give specific
information. ............

$ _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes ...............

$ _____

**50. Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes ...............

$ _____

**51. Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific
information. ............

$ _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** ................................................................. ➔

$            0.00

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
information. ............

$ _____
$ _____
$ _____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ................................ ➔

$            0.00

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55. Part 1: Total real estate, line 2** ➔

$        91,000.00

**56. Part 2: Total vehicles, line 5**    $        5,248.00

**57. Part 3: Total personal and household items, line 15**    $        2,400.00

**58. Part 4: Total financial assets, line 36**    $        13,205.31

**59. Part 5: Total business-related property, line 45**    $ _____

**60. Part 6: Total farm- and fishing-related property, line 52**    $ _____

**61. Part 7: Total other property not listed, line 54**    + $ _____

**62. Total personal property. Add lines 56 through 61.** .....................    $        20,853.31    Copy personal property total ➔    + $        20,853.31

**63. Total of all property on Schedule A/B. Add line 55 + line 62** ...........................................................    $        111,853.31

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Gwendolyn Anne Taylor | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Miranda Nicole Taylor | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 19-10138
(If known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt 04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 728 Market St<br>Line from *Schedule A/B*: 1.1 | $91,000.00 | ☑ $ 16,891.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(1) |
| Brief description: 2014 Mazda 2<br>Line from *Schedule A/B*: 3.1 | $5,248.00 | ☑ $ 768.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(2) |
| Brief description: Used Household Furn<br>Line from *Schedule A/B*: 6 | $1,250.00 | ☑ $ 1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(3) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Debtor 1     Gwendolyn Anne Taylor

First Name    Middle Name    Last Name

Case number *(if known)* 19-10138

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: TV, Laptop<br>Line from *Schedule A/B:* 7 | $ 750.00 | ☑ $ 750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(5) |
| Brief description: Used Clothing<br>Line from *Schedule A/B:* 11 | $ 400.00 | ☑ $ 400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(3) |
| Brief description: Cats (4)<br>Line from *Schedule A/B:* 13 | $ 0.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(5) |
| Brief description: Money - Cash<br>Line from *Schedule A/B:* 16 | $ 1.15 | ☑ $ 1.15<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(5) |
| Brief description: PNC Checking<br>Line from *Schedule A/B:* 17.1 | $ 75.00 | ☑ $ 75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(5) |
| Brief description: PNC Savings<br>Line from *Schedule A/B:* 17.3 | $ 0.53 | ☑ $ 0.53<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(5) |
| Brief description: PNC Reserve Saving<br>Line from *Schedule A/B:* 17.4 | $ 25.00 | ☑ $ 25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(5) |
| Brief description: Georgia Pacific 401<br>Line from *Schedule A/B:* 21 | $ 13,103.63 | ☑ $ 13,103.63<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(12) |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Gwendolyn Anne Taylor |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Miranda Nicole Taylor |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 19-10138
(If known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

### 2.1 NationStar Mortgage

Creditor's Name
8950 Cypress Waters Blvd
Number     Street

Coppell          TX    75019
City             State  ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt
Date debt was incurred  12/29/2015

**Describe the property that secures the claim:**

Residence: 728 Market Street, Bangor, PA 18013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ___

Last 4 digits of account number  5  3  2  0

| | | $ 74,109.00 | $ 91,000.00 | $ 0.00 |

### 2.2 Wells Fargo Dealer Services

Creditor's Name
PO Box 1697
Number     Street

Winterville      NC    28590
City             State  ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt
Date debt was incurred  05/10/2014

**Describe the property that secures the claim:**

2014 Mazda 2, 86000+ Miles, Located at 728 Market St. Bangor, PA 18013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ___

Last 4 digits of account number  6  8  8  2

| | | $ 4,480.00 | $ 5,248.00 | $ 0.00 |

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $   78,589.00

**Fill in this information to identify your case:**

Debtor 1 __Gwendolyn Anne Taylor__
First Name        Middle Name        Last Name

Debtor 2 __Miranda Nicole Taylor__
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number __4:19-BK-10138__
(If known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
☐ No. Go to Part 2.
☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1** Keystone Collections Group
Priority Creditor's Name
546 Wendel Rd
Number     Street

Irwin          PA    15642
City           State  ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  8  6  8  2    $ 533.20  $         $
When was the debt incurred?  01/01/2018

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name

Number     Street

City           State  ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __    $         $         $
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 _____
First Name    Middle Name    Last Name

Case number (if known) _____

| | | **Total claim** | **Priority amount** | **Nonpriority amount** |

**Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

☐ _____
Priority Creditor's Name

_____
Number         Street

_____

_____
City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____ $_____ $_____

---

☐ _____
Priority Creditor's Name

_____
Number         Street

_____

_____
City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____ $_____ $_____

---

☐ _____
Priority Creditor's Name

_____
Number         Street

_____

_____
City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____ $_____ $_____

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | **Total claim** |
|---|---|---|---|

**4.1**   **AMS Servicing Group - CBAnalyst**
Nonpriority Creditor's Name

**P.O. Box 3176**
Number   Street

**Winston Salem    NC    27102**
City     State    ZIP Code

Last 4 digits of account number   7   8   0   1

When was the debt incurred?   09/13/2011

$   2,033.00

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.2**   **CBCS**
Nonpriority Creditor's Name

**P.O. Box 2724**
Number   Street

**Columbus    OH    43216**
City     State    ZIP Code

Last 4 digits of account number   7   1   0   5

When was the debt incurred?

$   3,572.24

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Medical Bill

---

**4.3**   **CBCS**
Nonpriority Creditor's Name

**P.O. Box 2724**
Number   Street

**Columbus    OH    43216**
City     State    ZIP Code

Last 4 digits of account number   5   7   7   7

When was the debt incurred?

$   197.32

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Medical Bill

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

**4.4**

**CBCS**
Nonpriority Creditor's Name

**P.O. Box 2724**
Number      Street

**Columbus**          **OH**     **43216**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  4  9  0  4

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

$ 1,988.50

**4.5**

**CBCS**
Nonpriority Creditor's Name

**P.O. Box 2724**
Number      Street

**Columbus**          **OH**     **43216**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7  5  6  4

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical

$ 1,037.76

**4.6**

**Financial Recoveries**
Nonpriority Creditor's Name

**P.O. Box 1022**
Number      Street

**Wixom**            **MI**     **48393**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1  5  4  2

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

$ 51.00

Debtor 1    Gwendolyn Anne Taylor
           First Name   Middle Name    Last Name

Case number (if known)  19-10439-ref-1020s

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.7**

Financial Recoveries
Nonpriority Creditor's Name

P.O. Box 1022
Number      Street
Wixom                    MI        48393
City                     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  5  4  3  6

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

$  243.00

**4.8**

Financial Recoveries
Nonpriority Creditor's Name

P.O. Box 1022
Number      Street
Wixom                    MI        48393
City                     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6  8  5  0

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

$  1,688.50

**4.9**

Financial Recoveries
Nonpriority Creditor's Name

P.O. Box 1022
Number      Street
Wixom                    MI        48393
City                     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  2  2  0  4

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

$  165.00

Debtor 1    Gwendolyn Anne Taylor

| First Name | Middle Name | Last Name | | Case number (if known) 1-19-BK-10439 |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**5.0** Financial Recoveries
Nonpriority Creditor's Name
P.O. Box 1022

| Number | Street |
| Wixom | MI | 48393 |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  9  8  0  8

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

$   84.00

---

**5.1** Lehigh Valley Health Network
Nonpriority Creditor's Name
P.O. Box 4067

| Number | Street |
| Allentown | PA | 18103 |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7  3  8  4

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

$   197.32

---

**5.2** Lehigh Valley Health Network
Nonpriority Creditor's Name
P.O. Box 4067

| Number | Street |
| Allentown | PA | 18109 |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  5  4  0  8

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

$   115.64

---

Debtor 1    Gwendolyn Anne Taylor
          First Name    Middle Name    Last Name

Case number (if known)    19-10439-BK-105ES

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

**5.3**

Lehigh Valley Health Network
Nonpriority Creditor's Name
P.O. Box 4067
Number       Street
Allentown                    PA        18109
City                         State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   6   3   9   4

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Medical Bills

$ 3,329.24

**5.4**

Lehigh Valley Health Network
Nonpriority Creditor's Name
P.O. Box 4067
Number       Street
Allentown                    PA        18109
City                         State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   6   5   4   7

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Medical Bill

$ 116.23

**5.5**

Lehigh Valley Health Network
Nonpriority Creditor's Name
P.O. Box 4067
Number       Street
Allentown                    PA        18109
City                         State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   6   7   4   8

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Medical Bill

$ 90.20

Debtor 1    Gwendolyn Anne Taylor
First Name    Middle Name    Last Name

Case number (if known)    1-19-BK-10439

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**5.6**

**Lehigh Valley Health Network**
Nonpriority Creditor's Name

**P.O. Box 781733**
Number    Street

**Philadelphia**    **PA**    **19178**
City    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  4  8  0  7

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

$ 1,235.08

---

**5.7**

**Lehigh Valley Health Network**
Nonpriority Creditor's Name

**P.O. Box 4067**
Number    Street

**Allentown**    **PA**    **18109**
City    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  3  6  4  4

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

$ 818.67

---

**5.8**

**Lehigh Valley Health Network**
Nonpriority Creditor's Name

**P.O. Box 4067**
Number    Street

**Allentown**    **PA**    **18103**
City    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  4  6  3  7

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

$ 103.45

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 5.9 Health Network Laboratories
Nonpriority Creditor's Name
P.O. Box 789581
Number   Street
Philadelphia    PA    19178
City   State   ZIP Code

Last 4 digits of account number  0 4 8 6

When was the debt incurred? _____

$ 74.99

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Medical Bill

### 6.0 Health Network Laboratories
Nonpriority Creditor's Name
P.O. Box 789581
Number   Street
Philadlephia    PA    19178
City   State   ZIP Code

Last 4 digits of account number  0 5 8 7

When was the debt incurred? _____

$ 170.44

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Medical Bill

### 6.1 Medical Imag. Of Lehigh Valley
Nonpriority Creditor's Name
P.O. Box 3226
Number   Street
Allentown    PA    18106
City   State   ZIP Code

Last 4 digits of account number  2 0 0 9

When was the debt incurred? _____

$ 580.00

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Medical Bill

Debtor 1  _Gwendolyn Anne Taylor_
          First Name  Middle Name  Last Name

Case number (if known) __19-10438__

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**6.2**

**Medical Imag. of Lehigh Valley**
Nonpriority Creditor's Name

**P.O. Box 3226**
Number        Street

**Allentown**                    **PA**    **18106**
City                             State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  _2_ _0_ _1_ _0_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _Medical Bill_

$ __375.00__

---

**6.3**

**Convergent Outsourcing Inc.**
Nonpriority Creditor's Name

**P.O. Box 9004**
Number        Street

**Renton**                       **WA**    **90857**
City                             State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  _4_ _9_ _9_ _4_

**When was the debt incurred?**  _09/23/2011_

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _Collection for Medical_

$ __1,017.61__

---

**6.4**

**Portfolio Recovery Associate, Llc**
Nonpriority Creditor's Name

**P.O. Box 12914**
Number        Street

**Norfolk**                      **VA**    **23541**
City                             State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  _4_ _1_ _2_ _3_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _Collection Action_

$ __1,182.45__

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 6.5

**Security Credit Systems, Inc.**
Nonpriority Creditor's Name

**100 River Rock Dr. Ste 200**
Number    Street

**Buffalo**      **NY**    **14207**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 1 1 0 5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 6,406.02

### 6.6

**Security Credit Systems Inc**
Nonpriority Creditor's Name

**100 River Rock Dr., Ste 200**
Number    Street

**Buffalo**      **NY**    **14207**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 1 1 0 0

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 3,099.66

### 6.7

**Security Credit Systems Inc.**
Nonpriority Creditor's Name

**100 River Rock Dr., Ste 200**
Number    Street

**Buffalo**      **NY**    **14207**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 1 1 0 1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 3,020.75

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**6.8** Security Credit Systems Inc.
Nonpriority Creditor's Name
100 River Rock Dr., Ste 200
Number    Street
Buffalo    NY    14207
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1  1  0  2

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 3,263.79

**6.9** Penn Credit Corp.
Nonpriority Creditor's Name
P.O. Box 69703
Number    Street
Harrisburg    PA    17106
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  4  0  3  7

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Collections

$ 245.43

**7.0** Conserv-Continental Service Group, Inc.
Nonpriority Creditor's Name
P.O. Box 3023
Number    Street
Niagra Falls    NY    14304
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  5  0  3  9

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 3,503.64

Debtor 1  Gwendolyn Anne Taylor
          First Name   Middle Name   Last Name

Case number (if known)  19-10438-REF

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

---

**7.1**

THD/CBNA
*Nonpriority Creditor's Name*

P.O. Box 9001010
Number       Street

Louisville                    KY          40290
City                          State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **4   3   9   4**

When was the debt incurred?  03/30/2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Home Depot

$  5,714.89

---

**7.2**

Northland Group
*Nonpriority Creditor's Name*

P.O. Box 390846
Number       Street

Minneapolis                   MN          55439
City                          State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **4   7   1   6**

When was the debt incurred?  01/11/2007

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

$  2,407.81

---

**7.3**

Atlantic Credit  & Finance Inc.
*Nonpriority Creditor's Name*

P.O. Box 13386
Number       Street

Roanoke                       VA          24033
City                          State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **1   1   0   1**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collections Credit Card

$  2,001.18

---

Debtor 1    Gwendolyn Anne Taylor
            First Name    Middle Name    Last Name

Case number (if known) 19-10438-ref

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

**7.4**

Sychrony Bank/Lowes
Nonpriority Creditor's Name

P.O. Box 965005
Number      Street

Orlando          FL    32896
City             State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0  4  1  8
When was the debt incurred?  04/03/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Lowes

$ 2,200.11

**7.5**

Barclay Bank Delaware
Nonpriority Creditor's Name

P.O. Box 8803
Number      Street

Wilmington       DE    19899
City             State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  06/02/2011

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

$ 4,704.22

**7.6**

Lehigh Valley Health Network
Nonpriority Creditor's Name

P.O. Box 4067
Number      Street

Allentown        PA    18105
City             State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  2  3  4  1
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

$ 231.66

| Debtor 1 | Gwendolyn Anne Taylor | | | Case number (if known) 19-10438-ref |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Calvary
Name

P.O. Box 520
Number    Street

Valhalla                    NY    10595
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 7.4 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  5  7  7  5

---

LTD Financial Services LP
Name

3200 Wilcrest, Suite 600
Number    Street

Houston                    TX    77042
City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 7.5 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  0  7  9  0

---

Name

Number    Street

City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City                        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim |
|---|---|---|

**7.7**

Lehigh Valley Health Network
Nonpriority Creditor's Name

P.O. Box 4067
Number   Street

Allentown    PA    18105
City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6 6 3 9

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Medical Bill

$ 78.26

**7.8**

Synchrony Bank / Walmart
Nonpriority Creditor's Name

P.O. Box 965024
Number   Street

Orlando    FL    32896
City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 1 1 0 1

**When was the debt incurred?** 04/03/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card

$ 2,001.18

**7.9**

Lehigh Valley Health Network
Nonpriority Creditor's Name

P.O. Box 789581
Number   Street

Philadelphia    PA    19178
City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 1 8 9 8

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Medical Bill

$ 45.63

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Midland Credit Management, Inc.
Name
P.O. Box 51319
Number   Street

Los Angeles   CA   90051
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 7.8 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  1  8  9  6

Penn Credit Corp.
Name
P.O. Box 69703
Number   Street

Harrisburg   PA   17106
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 7.9 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  0  4  8  0

Debtor 1    Gwendolyn Anne Taylor
First Name    Middle Name    Last Name

Case number (if known)   19-10439-REF-105

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**8.0**

Kramer, Maehrer, DPM LLC
Nonpriority Creditor's Name

2597 Schoenersville Rd, Suit 304
Number      Street

Bethlehem              PA      18017
City                   State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  7  8  2  0

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical

$   116.59

---

**8.1**

CBCS
Nonpriority Creditor's Name

P.O. Box 2724
Number      Street

Columbus               OH      43216
City                   State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0  1  6  7

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical

$   231.67

---

**8.2**

BAKO
Nonpriority Creditor's Name

6240 Shiloh Rd
Number      Street

Alpharetta             GA      30005
City                   State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  1  3  0  4

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

$   297.64

---

Debtor 1    Gwendolyn Anne Taylor
First Name    Middle Name    Last Name

Case number (if known)    19-10439-BK-10438

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For
example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or
2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the
additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1  Gwendolyn Anne Taylor
First Name   Middle Name   Last Name

Case number (if known) 1-19-BK-10438

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|--|--|--|-------------|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 533.02 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 533.02 |

|  |  |  | Total claim |
|--|--|--|-------------|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 21,326.86 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ 38,593.32 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 59,920.18 |

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | Gwendoloyn Anne Taylor |
| | First Name     Middle Name     Last Name |
| Debtor 2 | Miranda Nicole Taylor |
| (Spouse If filing) | First Name     Middle Name     Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 19-10138
(If known)

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number     Street | |
| City     State     ZIP Code | |
| **2.2** | |
| Name | |
| Number     Street | |
| City     State     ZIP Code | |
| **2.3** | |
| Name | |
| Number     Street | |
| City     State     ZIP Code | |
| **2.4** | |
| Name | |
| Number     Street | |
| City     State     ZIP Code | |
| **2.5** | |
| Name | |
| Number     Street | |
| City     State     ZIP Code | |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Gwendolyn Anne Taylor | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | Miranda Nicole Taylor | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: Eastern District of Pennsylvania | | ▼ |
| Case number (If known) | 19-10138 | |

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No

   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number      Street

   _____
   City                    State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.** Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** | |
| _____ Name | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| _____ Number    Street | ☐ Schedule G, line _____ |
| _____ City       State     ZIP Code | |
| **3.2** | |
| _____ Name | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| _____ Number    Street | ☐ Schedule G, line _____ |
| _____ City       State     ZIP Code | |
| **3.3** | |
| _____ Name | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| _____ Number    Street | ☐ Schedule G, line _____ |
| _____ City       State     ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Gwendolyn Anne Taylor |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Miranda Nicole Taylor |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number    19-10138
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.
If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a
separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | | Administration | |
| Employer's name | | Georgia Pacific Consumer Oper | |
| Employer's address | | 133 Peachtree St. NE | |
| | | Number   Street | Number   Street |
| | | | |
| | | Atlanta          GA     30303 | |
| | | City          State   ZIP Code | City          State   ZIP Code |
| How long employed there? | | 6 | 6 |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines
below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 5,278.00 | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. | + $ 1,154.00 | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 6,432.00 | $_____ |

Debtor 1    Gwendolyn Anne Taylor                                    Case number (if known) 19-10138

First Name    Middle Name    Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here...................................................➔ | 4. | $ 6,432.00 | $_____ |

5. List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 1,729.00 | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 229.00 | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $_____ | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $_____ | $_____ |
| 5e. Insurance | 5e. | $ 126.00 | $_____ |
| 5f. Domestic support obligations | 5f. | $_____ | $_____ |
| 5g. Union dues | 5g. | $_____ | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. | +$_____ | +$_____ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 2,084.00 | $_____ |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 4,348.00 | $_____ |

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | |
|---|---|---|---|
| | 8a. | $ 0.00 | $_____ |
| 8b. Interest and dividends | 8b. | $ 0.00 | $_____ |

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | |
|---|---|---|---|
| | 8c. | $ 0.00 | $_____ |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $_____ |
| 8e. Social Security | 8e. | $ 0.00 | $_____ |

8f. Other government assistance that you regularly receive

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | | |
|---|---|---|---|
| Specify: _____ | 8f. | $ 0.00 | $_____ |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $_____ |
| 8h. Other monthly income. Specify: _____ | 8h. | +$ 0.00 | +$_____ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $_____ |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 4,348.00 + | $_____ = $ 4,348.00 |

11. State all other regular contributions to the expenses that you list in Schedule J.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies    12. $ 4,348.00

Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Gwendolyn Anne Taylor |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Miranda Nicole Taylor |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania  ▾

Case number: 19-10138
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

      ☑ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**     ☑ No

   Do not list Debtor 1 and      ☐ Yes. Fill out this information for
   Debtor 2.                          each dependent..........................

   Do not state the dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**     ☑ No   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 771.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 134.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1    Gwendolyn Anne Taylor _____    Case number *(if known)* 19-10138 _____
First Name    Middle Name    Last Name

| | Your expenses |
|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5. $ _____ 0.00

6. **Utilities:**

  6a.  Electricity, heat, natural gas    6a. $ _____ 403.00

  6b.  Water, sewer, garbage collection    6b. $ _____ 103.00

  6c.  Telephone, cell phone, Internet, satellite, and cable services    6c. $ _____ 400.00

  6d.  Other. Specify: Vet Bill, Amazon Music Service    6d. $ _____ 100.00

7. **Food and housekeeping supplies**    7. $ _____ 550.00

8. **Childcare and children's education costs**    8. $ _____ 0.00

9. **Clothing, laundry, and dry cleaning**    9. $ _____ 100.00

10. **Personal care products and services**    10. $ _____ 100.00

11. **Medical and dental expenses**    11. $ _____ 50.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12. $ _____ 425.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $ _____ 125.00

14. **Charitable contributions and religious donations**    14. $ _____ 150.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a.  Life insurance    15a. $ _____ 0.00

  15b.  Health insurance    15b. $ _____ 0.00

  15c.  Vehicle insurance    15c. $ _____ 125.00

  15d.  Other insurance. Specify:_____    15d. $ _____ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. $ _____ 0.00

17. **Installment or lease payments:**

  17a.  Car payments for Vehicle 1    17a. $ _____ 270.00

  17b.  Car payments for Vehicle 2    17b. $ _____

  17c.  Other. Specify:_____    17c. $ _____

  17d.  Other. Specify:_____    17d. $ _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $ _____ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19. $ _____ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

  20a.  Mortgages on other property    20a. $ _____

  20b.  Real estate taxes    20b. $ _____

  20c.  Property, homeowner's, or renter's insurance    20c. $ _____

  20d.  Maintenance, repair, and upkeep expenses    20d. $ _____

  20e.  Homeowner's association or condominium dues    20e. $ _____

| Debtor 1 | Gwendolyn Anne Taylor | | Case number *(if known)* 19-10138 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

21. **Other.** Specify: _____    21. +$ _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a. $ 3,806.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b. $ 0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c. $ 3,806.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a. $ 4,348.00

    23b. Copy your monthly expenses from line 22c above.    23b. −$ 3,806.00

    23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c. $ 542.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

> Explain here: