

Georgia-Pacific
Georgia-Pacific Consumer Operations LLC                              Gwendolyn A Taylor
133 Peachtree St NE                                                  728 Market Street
Atlanta   GA  30303                                                  Bangor PA  18013
(800) 700-3365

| | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Gwendolyn A Taylor | | 181 | 3044 | 20110070 | 12/24/2018 | 01/06/2019 | 01/11/2019 |
| Federal | Single | Allowances: 00 | Additional: | 0.00 | | | |
| Pennsylvania | Single | Allowances: 00 | Additional: | 0.00 | | | |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | 26.4400 | 64.00 | 1,692.16 | 1,692.16 |
| Overtime St Time (Base) | 26.4400 | 2.00 | 52.88 | 52.88 |
| O/T Premium 50% Hrly Rate | 13.2200 | 2.00 | 26.44 | 26.44 |
| Holiday Pay | 26.4400 | 32.00 | 846.08 | 846.08 |
| TOTAL EARNINGS | | | 2,617.56 | 2,617.56 |

| DEDUCTIONS (* Indicates Pre-Tax) | | | | |
|---|---|---|---|---|
| *Dental | | | 10.28- | 10.28- |
| *HSA | | | 7.69- | 7.69- |
| *Pre-Tax 401(k) | | | 104.70- | 104.70- |
| *Medical | | | 39.23- | 39.23- |
| *Vision | | | 3.91- | 3.91- |
| TOTAL DEDUCTIONS | | | 165.81- | 165.81- |

| TAXABLE WAGES | | | | |
|---|---|---|---|---|
| Federal | W/H tax | | 2,451.75 | 2,451.75 |
| Federal | OASDI EE | | 2,556.45 | 2,556.45 |
| Federal | Medic EE | | 2,556.45 | 2,556.45 |
| Pennsylvania | W/H tax | | 2,556.45 | 2,556.45 |
| Pennsylvania | SUI EE | | 2,617.56 | 2,617.56 |
| Bangor Borough | W/H tax | | 2,556.45 | 2,556.45 |

| INCOME TAX | | | | |
|---|---|---|---|---|
| Federal | W/H EE | | 347.94- | 347.94- |
| Federal | OASDI EE | | 158.50- | 158.50- |
| Federal | MedcarEE | | 37.07- | 37.07- |
| Pennsylvania | W/H EE | | 78.48- | 78.48- |
| Pennsylvania | SUI EE | | 1.57- | 1.57- |
| Bangor Borough | W/H EE | | 31.44- | 31.44- |
| Forks Township | TX LST | | 2.00- | 2.00- |
| TOTAL TAXES | | | 657.00- | 657.00- |

| MEMO ITEMS: | | | | |
|---|---|---|---|---|
| HSA Match F | | | 7.69 | 7.69 |
| Total Hours Worked | | 66.00 | | |

| NET PAY | | | | |
|---|---|---|---|---|
| TOTAL NET PAY | | | 1,794.75 | |
| PNCBANK, N.A. | | | 1,794.75 | Checking |

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Verification; please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM
For Employment and Salary Verifications by employees.

# Georgia-Pacific

Georgia-Pacific Consumer Operations LLC
133 Peachtree St NE
Atlanta GA 30303
(800) 700-3365

Gwendolyn A Taylor
728 Market Street
Bangor PA 18013

| Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|
|  |  | 181 | 3044 | 20110070 | 12/10/2018 | 12/23/2018 | 12/28/2018 |

### EARNINGS

| | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | | | | 49,958.38 |
| Excused Absence | | | | 423.04 |
| Vacation Pay | | | | 2,538.24 |
| G-Vacation Pay Hrs & Amt | | | | 218.80 |
| Performance Pay | | | | 1,155.19 |
| Overtime St Time (Base) | | | | 13,844.51 |
| O/T Premium 50% Hrly Rate | | | | 6,922.28 |
| Holiday Pay | | | | 2,115.20 |
| **TOTAL EARNINGS** | | | | **77,175.64** |
| G-TFA Out of Pocket Reimb | | | | 416.38 |

### DEDUCTIONS (* Indicates Pre-Tax)

| | | |
|---|---|---|
| *Dental | | 257.00 |
| *HSA | | 192.31 |
| *Pre-Tax 401(k) | | 2,750.70 |
| *Medical | | 969.25 |
| *Vision | | 97.75 |
| U Way Greater Lehigh Vall | | 10.00 |
| **TOTAL DEDUCTIONS** | | **4,277.01** |

### TAXABLE WAGES

| | | | |
|---|---|---|---|
| Federal | W/H tax | | 72,908.63 |
| Federal | OASDI EE | | 75,659.33 |
| Federal | Medic EE | | 75,659.33 |
| Pennsylvania | W/H tax | | 75,659.33 |
| Pennsylvania | SUI EE | | 77,175.64 |
| Bangor Borough | W/H tax | | 75,659.33 |

### INCOME TAX

| | | | |
|---|---|---|---|
| Federal | W/H EE | | 11,609.38 |
| Federal | OASDI EE | | 4,690.88 |
| Federal | MedcarEE | | 1,097.06 |
| Pennsylvania | W/H EE | | 2,322.76 |
| Pennsylvania | SUI EE | | 46.31 |
| Bangor Borough | W/H EE | | 930.60 |
| Forks Township | TX LST | | 50.00 |
| **TOTAL TAXES** | | | **20,746.99** |

### MEMO ITEMS:

| | |
|---|---|
| HSA Match F | 192.31 |
| GP Wellness F | 250.00 |

**NET PAY**



**Georgia-Pacific**

Georgia-Pacific Consumer Operations LLC
133 Peachtree St NE
Atlanta   GA  30303
(800) 700-3365

Gwendolyn A Taylor
728 Market Street
Bangor PA  18013

|  | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Gwendolyn A Taylor |  | 181 | 3044 | 20110070 | 11/26/2018 | 12/09/2018 | 12/14/2018 |
| Federal | Single | Allowances: 00 | Additional: | 0.00 |  |  |  |
| Pennsylvania | Single | Allowances: 00 | Additional: | 0.00 |  |  |  |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | 26.4400 | 59.50 | 1,573.18 | 49,958.38 |
| Excused Absence |  |  |  | 423.04 |
| Vacation Pay | 26.4400 | 32.00 | 846.08 | 2,538.24 |
| G-Vacation Pay Hrs & Amt |  |  |  | 218.80 |
| Performance Pay |  |  |  | 1,155.19 |
| Overtime St Time (Base) | 26.4400 | 3.00 | 79.32 | 13,844.51 |
| O/T Premium 50% Hrly Rate | 13.2200 | 3.00 | 39.66 | 6,922.28 |
| Holiday Pay |  |  |  | 2,115.20 |
| TOTAL EARNINGS |  |  | 2,538.24 | 77,175.64 |
| G-TEA Out of Pocket Reimb |  |  |  | 416.38 |

| DEDUCTIONS (* Indicates Pre-Tax) |  |  |
|---|---|---|
| *Dental | 10.28- | 257.00- |
| *HSA | 7.70- | 192.31- |
| *Pre-Tax 401(k) | 101.53- | 2,750.70- |
| *Medical | 38.77- | 969.25- |
| *Vision | 3.91- | 97.75- |
| U Way Greater Lehigh Vall |  | 10.00- |
| TOTAL DEDUCTIONS | 162.19- | 4,277.01- |

| TAXABLE WAGES |  |  |  |
|---|---|---|---|
| Federal | W/H tax | 2,376.05 | 72,908.63 |
| Federal | OASDI EE | 2,477.58 | 75,659.33 |
| Federal | Medic EE | 2,477.58 | 75,659.33 |
| Pennsylvania | W/H tax | 2,477.58 | 75,659.33 |
| Pennsylvania | SUI  EE | 2,538.24 | 77,175.64 |
| Bangor Borough | W/H tax | 2,477.58 | 75,659.33 |

| INCOME TAX |  |  |  |
|---|---|---|---|
| Federal | W/H  EE | 335.25- | 11,609.38- |
| Federal | OASDI EE | 153.61- | 4,690.88- |
| Federal | MedcarEE | 35.92- | 1,097.06- |
| Pennsylvania | W/H  EE | 76.06- | 2,322.76- |
| Pennsylvania | SUI  EE | 1.53- | 46.31- |
| Bangor Borough | W/H  EE | 30.47- | 930.60- |
| Forks Township | TX LST | 2.00- | 50.00- |
| TOTAL TAXES |  | 634.84- | 20,746.99- |

| MEMO ITEMS: |  |  |
|---|---|---|
| HSA Match F | 7.70 | 192.31 |
| GP Wellness F |  | 250.00 |
| Total Hours Worked | 62.50 |  |

| NET PAY |  |  |
|---|---|---|
| TOTAL NET PAY | 1,741.21 |  |
| PNCBANK, N.A. | 1,741.21 | Checking |

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM



**Georgia-Pacific**

Georgia-Pacific Consumer Operations LLC          Gwendolyn A Taylor
133 Peachtree St NE                              728 Market Street
Atlanta    GA  30303                             Bangor PA   18013
(800) 700-3365

|  | Company | Pers Area | Pers No | Period Begin | Period End | Pay Date | Co ID. |
|---|---|---|---|---|---|---|---|
| Gwendolyn A Taylor | | 181 | 3044 | 20110070 | 11/12/2018 | 11/25/2018 | 11/30/2018 |
| Federal | Single | Allowances: 00 | Additional: | 0.00 | | | |
| Pennsylvania | Single | Allowances: 00 | Additional: | 0.00 | | | |

| EARNINGS | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular Earnings Hourly | 26.4400 | 57.00 | 1,507.08 | 48,385.20 |
| Excused Absence | | | | 423.04 |
| Vacation Pay | 26.4400 | 8.00 | 211.52 | 1,692.16 |
| G-Vacation Pay Hrs & Amt | | | | 218.80 |
| Performance Pay | | | | 1,155.19 |
| Overtime St Time (Base) | 26.4400 | 27.50 | 727.10 | 13,765.19 |
| O/T Premium 50% Hrly Rate | 13.2200 | 27.50 | 363.55 | 6,882.62 |
| Holiday Pay | 26.4400 | 16.00 | 423.04 | 2,115.20 |
| TOTAL EARNINGS | | | 3,232.29 | 74,637.40 |
| G-TEA Out of Pocket Reimb | | | | 416.38 |

| DEDUCTIONS (* Indicates Pre-Tax) | | | Current | Year-To-Date |
|---|---|---|---|---|
| *Dental | | | 10.28- | 246.72- |
| *HSA | | | 7.69- | 184.61- |
| *Pre-Tax 401(k) | | | 129.29- | 2,649.17- |
| *Medical | | | 38.77- | 930.48- |
| *Vision | | | 3.91- | 93.84- |
| U Way Greater Lehigh Vall | | | | 10.00- |
| TOTAL DEDUCTIONS | | | 189.94- | 4,114.82- |

| TAXABLE WAGES | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | W/H tax | | 3,042.35 | 70,532.58 |
| Federal | OASDI EE | | 3,171.64 | 73,181.75 |
| Federal | Medic EE | | 3,171.64 | 73,181.75 |
| Pennsylvania | W/H tax | | 3,171.64 | 73,181.75 |
| Pennsylvania | SUI  EE | | 3,232.29 | 74,637.40 |
| Bangor Borough | W/H tax | | 3,171.64 | 73,181.75 |

| INCOME TAX | | | Current | Year-To-Date |
|---|---|---|---|---|
| Federal | W/H | EE | 481.84- | 11,274.13- |
| Federal | OASDI EE | | 196.64- | 4,537.27- |
| Federal | MedcarEE | | 45.99- | 1,061.14- |
| Pennsylvania | W/H | EE | 97.37- | 2,246.70- |
| Pennsylvania | SUI | EE | 1.94- | 44.78- |
| Bangor Borough | W/H | EE | 39.01- | 900.13- |
| Forks Township | TX LST | | 2.00- | 48.00- |
| TOTAL TAXES | | | 864.79- | 20,112.15- |

| MEMO ITEMS: | | | Current | Year-To-Date |
|---|---|---|---|---|
| HSA Match F | | | 7.69 | 184.61 |
| GP Wellness F | | | | 250.00 |
| Total Hours Worked | | 84.50 | | |

| NET PAY | | | Current | |
|---|---|---|---|---|
| TOTAL NET PAY | | | 2,177.56 | |
| PNCBANK, N.A. | | | 2,177.56 | Checking |

Case 19-10138-ref    Doc 22    Filed 02/06/19    Entered 02/06/19 11:58:03    Desc Main
Document      Page 4 of 4

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM