United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-10138-ref
Gwendolyn Anne Taylor                                               Chapter 13
Miranda Nicole Taylor
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Feb 22, 2019
                              Form ID: 309I           Total Noticed: 58
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
```
db/jdb         +Gwendolyn Anne Taylor,    Miranda Nicole Taylor,    728 Market Street,    Bangor, PA 18013-1704
tr             +SCOTT WATERMAN,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14255777       +AES/PHEAA,    P.O. Box 2461,    Harrisburg, PA 17105-2461
14255749       +AMS Servicing Group,    NDSL-CB ANALYST,    P.O. Box 3176,    Winston Salem, NC 27102-3176
14255773        Bako,    6240 Shiloh Rd,    Alpharetta, GA 30005-8347
14255750       +CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
14255788       +CF Medical LLC,    4300 S. HWY 27, Suite 201,    Clermont, FL 34711-8067
14255786       +CMPPTNRS/MD INST ART,    P.O. Box 3176,    Winston Salem, NC 27102-3176
14255771       #+Cawley & Bergmann, LLC,    117 Kinderkamack Rd, Suite 201,    River Edge, NJ 07661-1916
14255757       +Coergent Outsourcing, Inc.,    800 SW 39St,    Renton, WA 98057-4927
14255761       +ConServ-Continental Service Group,    P.O. Box 3023,    Niagara Falls, NY 14304-7323
14255783       +CrossCountry MTG/DoveNMU,    1 Corporate Dr, STE 360,    Lake Zurich, IL 60047-8945
14255776       +Fed Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
14255751       +Financial Recoveries,    P.O. Box 1022,    Wixom, MI 48393-1022
14255754       +Health Network Laboratories,    P.O. Box 789581,    Philadelphia, PA 19178-9581
14255767       +Keystone Collections Group,    546 Wendel Rd,    Irwin, PA 15642-7539
14255772       +Kramer, Maehrer, DPM, LLC,    2597 Schoenersille Rd, Suite 304,    Bethlehem, PA 18017-7331
14255766        LTD Financial Services, LP,    3200 Wilcrest, Suite 600,    Houston, TX 77042-6000
14255752       +Lehigh Valley Health Network,    P.O. Box 4067,    Allentown, PA 18105-4067
14255753        Lehigh Valley Health Network,    P.O. Box 781733,    Philadelphia, PA 19178-1733
14255770       +Lehigh Valley Health Network Laboratories,    P.O. Box 789581,    Philadelphia, PA 19178-9581
14255755       +Medical Imag. Of Lehigh Valley,    P.O. Box 3226,    Allentown, PA 18106-0226
14255768       +Midland Credit Management Inc.,    P.O. Box 51319,    Los Angeles, CA 90051-5619
14255784       +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14272532       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14258033       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14255760       +Penn Credit Corp,    P.O. Box 69703,    Harrisburg, PA 17106-9703
14255759        Security Credit Systems, Inc.,    100 River Rock Dr., Ste 200,    Buffalo, NY 14207-2163
14255762       +THD/CBNA,    P.O. Box 9001010,    Louisville, KY 40290,    Northland Group,    P.O. Box 390846,
                 Minneapolis, MN 55439-0846
14255775       +US Dept of Ed/GLELSI,    P.O. Box 7860,    Madison, WI 53707-7860
14255774       +US Dept. Of Education,    2505 S. Finley Rd,    Lombard, IL 60148-4867
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: lawoffice.jmbolles@gmail.com Feb 23 2019 03:06:24      JEREMY MICHAEL BOLLES,
                 Law Office of Jeremy Michael Bolles,    729 Monroe St.,    Stroudsburg, PA  18360
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 23 2019 03:07:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 23 2019 03:08:06      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 23 2019 03:07:45      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14255763       +E-mail/Text: ACF-EBN@acf-inc.com Feb 23 2019 03:06:32      Atlantic Credit & Finance Inc.,
                 P.O. Box 13386,    Roanoke, VA 24033-3386
14255778       +EDI: TSYS2.COM Feb 23 2019 07:53:00      Barclays Bank Delaware,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
14255764       +E-mail/Text: bankruptcy@cavps.com Feb 23 2019 03:08:00      Cavalry,    P.O. Box 520,
                 Valhalla, NY 10595-0520
14255765       +E-mail/Text: bankruptcy@cavps.com Feb 23 2019 03:08:00      Cavalry Portfolio Services,
                 500 Summit Lake Dr., STE 400,    Valhalla, NY 10595-2322
14275181       +E-mail/Text: bankruptcy@cavps.com Feb 23 2019 03:08:00      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14255756       +EDI: CONVERGENT.COM Feb 23 2019 07:53:00      Covergent Outsourcing, Inc.,    P.O. Box 9004,
                 Renton, WA 98057-9004
14255787       +EDI: CAPIO.COM Feb 23 2019 07:53:00      MBA Law Offices/CAPIO,    3400 Texoma PKWY, STE 100,
                 Sherman, TX 75090-1916
14262968       +EDI: MID8.COM Feb 23 2019 07:53:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14255769       +EDI: MID8.COM Feb 23 2019 07:53:00      Midland Funding,    2365 Northside Dr, Suite 300,
                 San Diego, CA 92108-2709
14255758        EDI: PRA.COM Feb 23 2019 07:53:00      Portfolio Recovery Associates, LLC,    P.O. Box 12914,
                 Norfolk, VA 23541
14262062        EDI: Q3G.COM Feb 23 2019 07:53:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0313-4          User: Lisa                   Page 2 of 2                   Date Rcvd: Feb 22, 2019
                              Form ID: 309I                Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14256396       +EDI: RMSC.COM Feb 23 2019 07:53:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14255779       +EDI: RMSC.COM Feb 23 2019 07:53:00      Synchrony Bank/Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14255780       +EDI: RMSC.COM Feb 23 2019 07:53:00      Synchrony Bank/Walmart,    P.O. Box 965024,
                 Orlando, FL 32896-5024
14255781       +EDI: CITICORP.COM Feb 23 2019 07:53:00       The Home Depot/Citi Bank,    P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
14255782       +EDI: WFFC.COM Feb 23 2019 07:53:00      Wells Fargo Bank,    P.O. Box 14517,
                 Des Moines, IA 50306-3517
14273476        EDI: WFFC.COM Feb 23 2019 07:53:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14255785       +EDI: WFFC.COM Feb 23 2019 07:53:00      Wells Fargo Dealer Services,    P.O. Box 1697,
                 Winterville, NC 28590-1697
                                                                                               TOTAL: 22

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +SCOTT WATERMAN,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
              JEREMY MICHAEL BOLLES    on behalf of Joint Debtor Miranda Nicole Taylor
               lawoffice.jmbolles@gmail.com
              JEREMY MICHAEL BOLLES    on behalf of Debtor Gwendolyn Anne Taylor lawoffice.jmbolles@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              SCOTT WATERMAN    on behalf of Trustee SCOTT  WATERMAN ECFmail@fredreiglech13.com,
               ECF_FRPA@Trustee13.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gwendolyn Anne Taylor**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6323<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Miranda Nicole Taylor**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1672<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  13  1/9/19 |
| Case number: | **19–10138–ref** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gwendolyn Anne Taylor | Miranda Nicole Taylor |
| 2. | **All other names used in the last 8 years** | aka Gwendolyn Anne Castoral | |
| 3. | **Address** | 728 Market Street<br>Bangor, PA 18013 | 728 Market Street<br>Bangor, PA 18013 |
| 4. | **Debtor's attorney**<br>Name and address | JEREMY MICHAEL BOLLES<br>Law Office of Jeremy Michael Bolles<br>729 Monroe St.<br>Stroudsburg, PA 18360 | Contact phone 570 213 9177<br><br>Email: lawoffice.jmbolles@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT WATERMAN<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email: ECFmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 2/22/19 |

**For more information, see page 2**

Official Form 309I                                            **Notice of Chapter 13 Bankruptcy Case**                                            page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 26, 2019 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/25/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/20/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/8/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $542.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/9/19** at **09:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |