## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Gwendolyn Anne Taylor aka Gwendolyn Anne Castoral | |
| Miranda Nicole Taylor | CHAPTER 13 |
| Debtor(s) | |
| | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns | |
| Movant | NO. 19-10138 REF |
| vs. | |
| | |
| Gwendolyn Anne Taylor aka Gwendolyn Anne Castoral Miranda Nicole Taylor | |
| Debtor(s) | |
| | |
| Scott F. Waterman, | |
| Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **March 28, 2019, docket number 25**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

April 23, 2019