United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-10138-amc
Gwendolyn Anne Taylor                                                 Chapter 13
Miranda Nicole Taylor
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS              Page 1 of 2              Date Rcvd: Jul 08, 2019
                              Form ID: 152                Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
```
db/jdb        +Gwendolyn Anne Taylor,    Miranda Nicole Taylor,    728 Market Street,    Bangor, PA 18013-1704
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14255777      +AES/PHEAA,    P.O. Box 2461,    Harrisburg, PA 17105-2461
14255749      +AMS Servicing Group,    NDSL-CB ANALYST,    P.O. Box 3176,    Winston Salem, NC 27102-3176
14255773       Bako,    6240 Shiloh Rd,    Alpharetta Rd, GA 30005-8347
14255778      +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
14255750      +CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
14255788      +CF Medical LLC,    4300 S. HWY 27, Suite 201,    Clermont, FL 34711-8067
14255786      +CMPPTNRS/MD INST ART,    P.O. Box 3176,    Winston Salem, NC 27102-3176
14255771     #+Cawley & Bergmann, LLC,    117 Kinderkamack Rd, Suite 201,    River Edge, NJ 07661-1916
14290451      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14255757      +Coergent Outsourcing, Inc.,    800 SW 39St,    Renton, WA 98057-4927
14255761      +ConServ-Continental Service Group,    P.O. Box 3023,    Niagara Falls, NY 14304-7323
14255756      +Covergent Outsourcing, Inc.,    P.O. Box 9004,    Renton, WA 98057-9004
14255783      +CrossCountry MTG/DoveNMU,    1 Corporate Dr, STE 360,    Lake Zurich, IL 60047-8945
14255776      +Fed Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
14255751      +Financial Recoveries,    P.O. Box 1022,    Wixom, MI 48393-1022
14255754      +Health Network Laboratories,    P.O. Box 789581,    Philadelphia, PA 19178-9581
14255767      +Keystone Collections Group,    546 Wendel Rd,    Irwin, PA 15642-7539
14255772     #+Kramer, Maehrer, DPM, LLC,    2597 Schoenersille Rd, Suite 304,    Bethlehem, PA 18017-7331
14255766       LTD Financial Services, LP,    3200 Wilcrest, Suite 600,    Houston, TX 77042-6000
14255752      +Lehigh Valley Health Network,    P.O. Box 4067,    Allentown, PA 18105-4067
14255753       Lehigh Valley Health Network,    P.O. Box 781733,    Philadelphia, PA 19178-1733
14255770      +Lehigh Valley Health Network Laboratories,    P.O. Box 789581,    Philadelphia, PA 19178-9581
14255755      +Medical Imag. Of Lehigh Valley,    P.O. Box 3226,    Allentown, PA 18106-0226
14255768      +Midland Credit Management Inc.,    P.O Box 51319,    Los Angeles, CA 90051-5619
14255784      +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14272532      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14258033      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o KML Law Group, P.C.,    701 Market Street,
               Suite 5000,    Philadelphia, PA 19106-1541
14293167      +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
14255760      +Penn Credit Corp,    P.O. Box 69703,    Harrisburg, PA 17106-9703
14255759       Security Credit Systems, Inc.,    100 River Rock Dr., Ste 200,    Buffalo, NY 14207-2163
14255762      +THD/CBNA,    P.O. Box 9001010,    Louisville, KY 40290,    Northland Group,    P.O. Box 390846,
               Minneapolis, MN 55439-0846
14255781      +The Home Depot/Citi Bank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14319076       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING,    PO BOX 8973,    MADISON, WI 53708-8973
14343323       US Department of Education,    PO BOX 16448,    St. Paul, MN 55116-0448
14255775      +US Dept of Ed/GLELSI,    P.O. Box 7860,    Madison, WI 53707-7860
14255774      +US Dept. Of Education,    2505 S. Finley Rd,    Lombard, IL 60148-4867
14255782      +Wells Fargo Bank,    P.O. Box 14517,    Des Moines, IA 50306-3517
14278943      +Wells Fargo Bank N.A.,    d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
14273476       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
14255785      +Wells Fargo Dealer Services,    P.O. Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 09 2019 03:13:00
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 09 2019 03:13:19     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14255763      +E-mail/Text: ACF-EBN@acf-inc.com Jul 09 2019 03:12:37      Atlantic Credit & Finance Inc.,
               P.O. Box 13386,    Roanoke, VA 24033-3386
14255764      +E-mail/Text: bankruptcy@cavps.com Jul 09 2019 03:13:17     Cavalry,    P.O. Box 520,
               Valhalla, NY 10595-0520
14255765      +E-mail/Text: bankruptcy@cavps.com Jul 09 2019 03:13:17     Cavalry Portfolio Services,
               500 Summit Lake Dr., STE 400,    Valhalla, NY 10595-2322
14275181      +E-mail/Text: bankruptcy@cavps.com Jul 09 2019 03:13:17     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14255787      +E-mail/Text: bnc-capio@quantum3group.com Jul 09 2019 03:13:06     MBA Law Offices/CAPIO,
               3400 Texoma PKWY, STE 100,    Sherman, TX 75090-1916
14262968      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2019 03:13:06     MIDLAND FUNDING LLC,
               PO Box 2011,    Warren, MI 48090-2011
14255769      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2019 03:13:06     Midland Funding,
               2365 Northside Dr, Suite 300,    San Diego, CA 92108-2709
14255758       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2019 03:28:24
               Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
```

```
District/off: 0313-4          User: BarbaraS           Page 2 of 2              Date Rcvd: Jul 08, 2019
                              Form ID: 152             Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14286211        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2019 03:28:25
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14262062        E-mail/Text: bnc-quantum@quantum3group.com Jul 09 2019 03:12:51
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA   98083-0788
14256396       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:28:21     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14255779       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:29:13     Synchrony Bank/Lowes,
                 P.O. Box 965005,    Orlando, FL 32896-5005
14255780       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:28:22     Synchrony Bank/Walmart,
                 P.O. Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:
```
              JEREMY MICHAEL BOLLES    on behalf of Joint Debtor Miranda Nicole Taylor
               lawoffice.jmbolles@gmail.com
              JEREMY MICHAEL BOLLES    on behalf of Debtor Gwendolyn Anne Taylor lawoffice.jmbolles@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Gwendolyn Anne Taylor and Miranda Nicole Taylor

    Debtor(s)

Case No: 19−10138−amc

Chapter: 13

___

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 9/5/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

29
Form 152