L.B.F. 3015-6A

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| GWENDOLYN ANNE TAYLOR | : | Case No. 4:19-BK-10138 |
| MIRANDA NICOLE TAYLOR | : | |
| Debtors | | |

**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

Date:          /s/ Jeremy M. Bolles, Esq.
               [Jeremy M. Bolles, Esq.]
               Attorney for Debtor(s)


Date:          /s/ Gwendolyn A. Taylor
               [Gwendolyn Anne Taylor]
               Debtor

Date:          /s/ Miranda N. Taylor
               [Miranda Nicole Taylor]
               Debtor