| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-10138-PMM

GWENDOLYN ANNE  TAYLOR
MIRANDA  NICOLE  TAYLOR
728 MARKET STREET
BANGOR  PA    18013

Petition Filed Date: 01/09/2019
341 Hearing Date: 03/26/2019
Confirmation Date: 09/19/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/07/2019 | $430.00 | Automatic Payr | 06/06/2019 | $430.00 | Automatic Payr | 07/09/2019 | $430.00 | Automatic Payr |
| 08/07/2019 | $430.00 | Automatic Payr | 09/09/2019 | $451.00 | Automatic Payr | 10/07/2019 | $451.00 | |
| 11/06/2019 | $451.00 | | 12/09/2019 | $451.00 | | 01/07/2020 | $451.00 | |
| 02/06/2020 | $451.00 | | 03/09/2020 | $451.00 | | 04/06/2020 | $451.00 | |
| 05/07/2020 | $451.00 | | 06/11/2020 | $451.00 | | 07/07/2020 | $451.00 | |
| 08/06/2020 | $451.00 | | | | | | | |

**Total Receipts for the Period: $7,132.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,132.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  001 | Unsecured Creditors | $3,329.24 | $767.41 | $2,561.83 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  002 | Unsecured Creditors | $1,688.50 | $389.20 | $1,299.30 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  003 | Unsecured Creditors | $2,001.18 | $461.28 | $1,539.90 |
| 4 | NATIONSTAR MORTGAGE LLC<br>»»  004 | Mortgage Arrears | $975.10 | $975.10 | $0.00 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»»  005 | Unsecured Creditors | $2,407.81 | $555.03 | $1,852.78 |
| 6 | CAVALRY INVESTMENTS LLC<br>»»  006 | Unsecured Creditors | $2,162.11 | $498.38 | $1,663.73 |
| 7 | WELLS FARGO DEALER SERVICES<br>»»  007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  008 | Unsecured Creditors | $4,704.22 | $1,084.34 | $3,619.88 |
| 9 | CITIBANK NA<br>»»  009 | Unsecured Creditors | $5,714.89 | $1,317.31 | $4,397.58 |
| 10 | EDUCATIONAL CREDIT MGMT CORP<br>»»  010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | US DEPARTMENT OF EDUCATION<br>»»  011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | US DEPARTMENT OF EDUCATION<br>»»  012 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-10138-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,132.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $6,048.05 | Arrearages: | $438.00 |
| Paid to Trustee: | $678.04 | Total Plan Base: | $25,120.00 |
| Funds on Hand: | $405.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.