Office Mailing Address:                                              Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                          Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                          P.O. Box 680
Reading, PA  19606                                             Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-10138-PMM

GWENDOLYN ANNE  TAYLOR                               Petition Filed Date: 01/09/2019
MIRANDA  NICOLE  TAYLOR                              341 Hearing Date: 03/26/2019
728 MARKET STREET                                   Confirmation Date: 09/19/2019
BANGOR  PA    18013

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/07/2020 | $451.00 | | 02/06/2020 | $451.00 | | 03/09/2020 | $451.00 | |
| 04/06/2020 | $451.00 | | 05/07/2020 | $451.00 | | 06/11/2020 | $451.00 | |
| 07/07/2020 | $451.00 | | 08/06/2020 | $451.00 | | 09/08/2020 | $451.00 | |
| 10/07/2020 | $451.00 | | 11/06/2020 | $451.00 | | 12/07/2020 | $451.00 | |
| 01/07/2021 | $451.00 | | 02/09/2021 | $451.00 | | 03/08/2021 | $451.00 | |
| 04/06/2021 | $451.00 | | 05/07/2021 | $451.00 | | 06/08/2021 | $451.00 | |

Total Receipts for the Period: **$8,118.00**  Amount Refunded to Debtor Since Filing: **$0.00**  Total Receipts Since Filing: **$11,642.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR »» 001 | Unsecured Creditors | $3,329.24 | $1,395.76 | $1,933.48 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »» 002 | Unsecured Creditors | $1,688.50 | $707.88 | $980.62 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 003 | Unsecured Creditors | $2,001.18 | $838.99 | $1,162.19 |
| 4 | NATIONSTAR MORTGAGE LLC »» 004 | Mortgage Arrears | $975.10 | $975.10 | $0.00 |
| 5 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $2,407.81 | $1,009.49 | $1,398.32 |
| 6 | CAVALRY INVESTMENTS LLC »» 006 | Unsecured Creditors | $2,162.11 | $906.48 | $1,255.63 |
| 7 | WELLS FARGO DEALER SERVICES »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $4,704.22 | $1,972.18 | $2,732.04 |
| 9 | CITIBANK NA »» 009 | Unsecured Creditors | $5,714.89 | $2,395.93 | $3,318.96 |
| 10 | EDUCATIONAL CREDIT MGMT CORP »» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | US DEPARTMENT OF EDUCATION »» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | US DEPARTMENT OF EDUCATION »» 012 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-10138-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,642.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $10,201.81 | Arrearages: | $428.00 |
| Paid to Trustee: | $1,034.29 | Total Plan Base: | $25,120.00 |
| Funds on Hand: | $405.90 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.