**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Gwendolyn Anne Taylor, | : | CHAPTER 13 |
|    Miranda Nicole Taylor, | : | |
|                Debtors | : | Case No. 19-10138-PMM |

## ORDER

Upon consideration of the Motion to Sell Real Property filed by the Debtors, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby;

**ORDERED,** that Debtors are granted permission to sell their real property located at 728 Market Street, Bangor, Northampton County, Pennsylvania, 18013 ("Property"), for the sale price of $150,500.00, pursuant terms of a certain real estate agreement of sale dated as of August 7, 2022, to the buyer thereunder, Bangor Mart Inc. ("Buyer"), who have represented they are purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters

2. Liens paid at closing to satisfy secured claim of:
    a. Nationstar Mortgage LLC d/b/a Mr. Cooper, First position Mortgage (Approximately $74,045.36 balance) (Actual balance of this mortgage's payoff to be determined prior to closing and entire secured lien will be paid in full at the time of closing).

3. Real estate taxes, sewer, trash and/or other such items as determined necessary to pass insurable title

4. Property repairs, if any

5. Real estate commissions

6. Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement

After paying all liens in full, all costs of sale and the items disclosed above, the title clerk shall pay to Scott F. Waterman, Chapter 13 standing Trustee, the amount of $6,750.86, the remaining balance of the sales proceeds to be distributed to the Debtors at the time of closing.

The title clerk shall fax a copy of the disbursement check and HUD-1 or Settlement Sheet to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

                                                     **BY THE COURT**

                                                     _____
                                                     **PATRICIA M. MAYER**
                                                     **U.S. BANKRUPTCY JUDGE**