Certificate Number: 17082-PAE-DE-036938963

Bankruptcy Case Number: 19-10138



17082-PAE-DE-036938963

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 29, 2022, at 3:52 o'clock PM MST, OWEN A CASTORAL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 29, 2022           By:    /s/Orsolya K Lazar

                                   Name:  Orsolya K Lazar

                                   Title:  Executive Director