```
                  UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                          December 23, 2022

To: JEREMY MICHAEL BOLLES  ESQ.
Jeremy M. Bolles
1344 W. Hamilton St
Allentown, PA 18102

                              In re: Gwendolyn Anne Taylor;
                              Miranda Nicole Taylor
                              Bankruptcy No. 19-10138-pmm
                              Adversary No.
                              Chapter 13

        Re:    Financial Management

The above pleading was filed in this office on 12/21/2022.
Please be advised that the following document(s) has (have) not
been filed as required pursuant to the Federal Rules of
Bankruptcy Procedure and/or the Local Rules of this court:

            ()    Affidavit
            ()    Certificate of Service
            ()    Certification of no response
            ()    Notice pursuant to Rule 9019
            ()    Notice pursuant to Rule 2002
            ()    Notice pursuant to Rule 3007.1
            ()    Proof of Claim number not noted on
                         objection pursuant to Rule 3007.1(a)
            ()    Proposed Order
            ()    Stipulation
            ()    Certification of Default
            (X)   Other: financial management
                  with correct names of the debtors

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

                              Timothy B. McGrath
                              Clerk

                              By: Virginia S. De Buvitz
                                     Deputy Clerk

status.frm
(rev. 11/26/2018)
```