United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10138-pmm |
| Gwendolyn Anne Taylor | Chapter 13 |
| Miranda Nicole Taylor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 28, 2022 | Form ID: 138OBJ | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gwendolyn Anne Taylor, 728 Market Street, Bangor, PA 18013-1704 |
| jdb | #+ | Miranda Nicole Taylor, 728 Market Street, Bangor, PA 18013-1704 |
| 14255749 | + | AMS Servicing Group, NDSL-CB ANALYST, P.O. Box 3176, Winston Salem, NC 27102-3176 |
| 14255773 | | Bako, 6240 Shiloh Rd, Alpharetta Rd, GA 30005-8347 |
| 14255750 | + | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14255788 | + | CF Medical LLC, 4300 S. HWY 27, Suite 201, Clermont, FL 34711-8067 |
| 14255786 | + | CMPPTNRS/MD INST ART, P.O. Box 3176, Winston Salem, NC 27102-3176 |
| 14255757 | + | Coergent Outsourcing, Inc., 800 SW 39St, Renton, WA 98057-4927 |
| 14255761 | + | ConServ-Continental Service Group, P.O. Box 3023, Niagara Falls, NY 14304-7323 |
| 14255783 | + | CrossCountry MTG/DoveNMU, 1 Corporate Dr, STE 360, Lake Zurich, IL 60047-8945 |
| 14255776 | #+ | Fed Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14255751 | + | Financial Recoveries, P.O. Box 1022, Wixom, MI 48393-1022 |
| 14255754 | + | Health Network Laboratories, P.O. Box 789581, Philadelphia, PA 19178-9581 |
| 14255767 | + | Keystone Collections Group, 546 Wendel Rd, Irwin, PA 15642-7539 |
| 14255766 | | LTD Financial Services, LP, 3200 Wilcrest, Suite 600, Houston, TX 77042-6000 |
| 14255753 | | Lehigh Valley Health Network, P.O. Box 781733, Philadelphia, PA 19178-1733 |
| 14255752 | + | Lehigh Valley Health Network, P.O. Box 4067, Allentown, PA 18105-4067 |
| 14255770 | + | Lehigh Valley Health Network Laboratories, P.O. Box 789581, Philadelphia, PA 19178-9581 |
| 14255755 | + | Medical Imag. Of Lehigh Valley, P.O. Box 3226, Allentown, PA 18106-0226 |
| 14255759 | | Security Credit Systems, Inc., 100 River Rock Dr., Ste 200, Buffalo, NY 14207-2163 |
| 14255762 | + | THD/CBNA, P.O. Box 9001010, Louisville, KY 40290, Northland Group, P.O. Box 390846 Minneapolis, MN 55439-0846 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 28 2022 23:56:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 28 2022 23:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14255777 | + | Email/Text: bncnotifications@pheaa.org | Dec 28 2022 23:56:00 | AES/PHEAA, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14255763 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2022 23:56:00 | Atlantic Credit & Finance Inc., P.O. Box 13386, Roanoke, VA 24033-3386 |
| 14255778 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 28 2022 23:56:00 | Barclays Bank Delaware, P.O. Box 8803, |

Case 19-10138-pmm    Doc 89    Filed 12/30/22    Entered 12/31/22 00:27:57    Desc Imaged
                                Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: 138OBJ | Total Noticed: 56 |

| Recipient ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | Wilmington, DE 19899-8803 |
| 14255764 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2022 23:56:00 | Cavalry, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14255765 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2022 23:56:00 | Cavalry Portfolio Services, 500 Summit Lake Dr., STE 400, Valhalla, NY 10595-2321 |
| 14275181 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2022 23:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14290451 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 00:00:07 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14255756 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 28 2022 23:56:00 | Covergent Outsourcing, Inc., P.O. Box 9004, Renton, WA 98057-9004 |
| 14412634 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 28 2022 23:56:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14255787 | + | Email/Text: bnc-capio@quantum3group.com | Dec 28 2022 23:56:00 | MBA Law Offices/CAPIO, 3400 Texoma PKWY, STE 100, Sherman, TX 75090-1916 |
| 14262968 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2022 23:56:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14255768 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2022 23:56:00 | Midland Credit Management Inc., P.O Box 51319, Los Angeles, CA 90051-5619 |
| 14255769 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2022 23:56:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |
| 14255784 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 23:56:00 | Nationstar Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14258033 | ^ | MEBN | Dec 28 2022 23:51:45 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14272532 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 23:56:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14255760 | | Email/Text: bankruptcies@penncredit.com | Dec 28 2022 23:56:00 | Penn Credit Corp, P.O. Box 69703, Harrisburg, PA 17106 |
| 14293167 | + | Email/Text: bncnotifications@pheaa.org | Dec 28 2022 23:56:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14255758 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2022 00:00:07 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14286211 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2022 00:00:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14262062 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2022 23:56:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14256396 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 00:00:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14255779 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 00:00:07 | Synchrony Bank/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14255780 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 00:00:20 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14255781 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 00:00:21 | The Home Depot/Citi Bank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14319076 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 28 2022 23:56:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING, PO BOX 8973, MADISON, WI 53708-8973 |
| 14343323 | | Email/Text: EDBKNotices@ecmc.org | Dec 28 2022 23:56:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: 138OBJ | Total Noticed: 56 |

| 14255775 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | Dec 28 2022 23:56:00 | US Dept of Ed/GLELSI, P.O. Box 7860, Madison, WI 53707-7860 |
| 14255774 | + Email/Text: edbknotices@ecmc.org | | |
| | | Dec 28 2022 23:56:00 | US Dept. Of Education, 2505 S. Finley Rd, Lombard, IL 60148-4867 |
| 14255782 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Dec 29 2022 00:00:07 | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 14278943 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Dec 29 2022 00:00:07 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14273476 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Dec 29 2022 00:00:20 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14255785 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Dec 29 2022 00:00:13 | Wells Fargo Dealer Services, P.O. Box 1697, Winterville, NC 28590-1697 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14255771 | ##+ | Cawley & Bergmann, LLC, 117 Kinderkamack Rd, Suite 201, River Edge, NJ 07661-1916 |
| 14255772 | ##+ | Kramer, Maehrer, DPM, LLC, 2597 Schoenersille Rd, Suite 304, Bethlehem, PA 18017-7331 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2022           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JEREMY MICHAEL BOLLES | on behalf of Joint Debtor Miranda Nicole Taylor lawoffice.jmbolles@gmail.com |
| JEREMY MICHAEL BOLLES | on behalf of Debtor Gwendolyn Anne Taylor lawoffice.jmbolles@gmail.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 28, 2022 | Form ID: 138OBJ | Total Noticed: 56 |

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gwendolyn Anne Taylor and Miranda
Nicole Taylor

    Debtor(s)

Case No: 19−10138−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/28/22

88 − 75
Form 138OBJ