# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

|  |  |
|---|---|
| **Gwendolyn Anne Taylor** | **: CHAPTER 13** |
| **Miranda Nicole Taylor** | : |
|  | : |
|  | : **CASE NO. 19-10138-PMM** |
| **Debtor(s)** | : |

## NOTICE OF CHANGE OF ADDRESS

I, Jeremy M. Bolles, Esquire, hereby state that the Debtor, Gwendolyn Anne Taylor's new address is:

> 144 South View Road
> Fleetwood, PA 19522

Date: January 12, 2023

/s/ Jeremy M. Bolles, Esquire
Jeremy M. Bolles, Esq.
Attorney for Debtors
PAID: 201323
1344 W. Hamilton St.
Allentown, PA 18102