United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-10138-pmm

Gwendolyn Anne Taylor                                                          Chapter 13

Miranda Nicole Taylor

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                Page 1 of 2

Date Rcvd: May 01, 2023                Form ID: pdf900                      Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gwendolyn Anne Taylor, 144 South View Road, Fleetwood, PA 19522-9411 |
| jdb | + | Miranda Nicole Taylor, 2230 Benders Drive, Bath, PA 18014-9749 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JEREMY MICHAEL BOLLES | on behalf of Joint Debtor Miranda Nicole Taylor lawoffice.jmbolles@gmail.com |
| JEREMY MICHAEL BOLLES | on behalf of Debtor Gwendolyn Anne Taylor lawoffice.jmbolles@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mfarrington@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |

District/off: 0313-4                        User: admin                              Page 2 of 2
Date Rcvd: May 01, 2023                     Form ID: pdf900                           Total Noticed: 2

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

Scott F Waterman
                        on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gwendolyn Anne Taylor, | : | CHAPTER 13 |
| Miranda Nicole Taylor, | : | |
| Debtors | : | Case No. 19-10138-PMM |

## ORDER

  **AND KNOW**, upon consideration of the Debtors' Motion for Return of Unclaimed Funds;

  **AND**, the Debtors having alleged an entitlement to a return of chapter 13 plan payments made to the Chapter 13 Trustee prior to the dismissal of this case;

  **AND**, it appearing that the Trustee delivered those funds to the Clerk for placement in the court registry as unclaimed funds;

  **AND**, there being no requirement that the United States Attorney be served pursuant to 28 U.S.C. §2042;

  **AND**, no objection thereto having been filed;

  **AND**, the Debtors' entitlement to the refund being apparent from the face of the docket;

  It is therefore **ORDERED** that;

1. The Motion is **GRANTED**.

2. The Clerk shall pay the Debtors from the Bankruptcy Court Registry the sum of **$1,049.14**.

Date: **May 1, 2023**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY COURT**