**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Gwendolyn Anne Taylor, | : | CHAPTER 13 |
| Miranda Nicole Taylor, | : | |
| Debtors | : | Case No. 19-10138-PMM |

## ORDER

**AND KNOW**, upon consideration of the Debtors' Motion for Return of Unclaimed

Funds;

**AND**, the Debtors having alleged an entitlement to a return of chapter 13 plan payments

made to the Chapter 13 Trustee prior to the dismissal of this case;

**AND**, it appearing that the Trustee delivered those funds to the Clerk for placement in the

court registry as unclaimed funds;

**AND**, there being no requirement that the United States Attorney be served pursuant to

28 U.S.C. §2042;

**AND**, no objection thereto having been filed;

**AND**, the Debtors' entitlement to the refund being apparent from the face of the docket;

It is therefore **ORDERED** that;

1. The Motion is **GRANTED**.

2. The Clerk shall pay the Debtors from the Bankruptcy Court Registry by provided two

   equal checks to the below listed debtor's addresses:

   a.  Check 1: Gwendolyn Anne Taylor in the amount of **$524.57**, with an address

       of 144 South View Road, Fleetwood, PA 19522.

   b.  Check 2: Miranda Nicole Taylor in the amount of **$524.57**, with an address of

       2230 Benders Drive, Bath, PA 18013

**Date:**

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY COURT**