**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| | : CHAPTER 13 |
| **Gwendolyn Anne Taylor** | : |
| **Miranda Nicole Taylor** | : |
| | : CASE NO. 19-10138-PMM |
| **Debtor(s)** | : |

**NOTICE OF CHANGE OF ADDRESS**

I, Jeremy M. Bolles, Esquire, hereby state that the Debtor, Miranda Nicole Taylor's new address is:

3451 Vargis Circle, APT 3A
Baltimore, MD 21244

Date: July 10, 2023

/s/ Jeremy M. Bolles, Esquire
Jeremy M. Bolles, Esq.
Attorney for Debtors
PAID: 201323
1344 W. Hamilton St.
Allentown, PA 18102